UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
(MILWAUKEE DIVISION)

| | |
|---|---|
| NANCY A. STENCIL, DANIEL C. RUSSLER, LISA C. MUELLER, CHERYL L. MARANTO, GERARD D. LISI, JAMES B. KURZ, MARGARET L. DEMUTH, PAUL DEMAIN, JAMES R. BOTSFORD AND RICHARD BECHEN, <br><br> Plaintiffs, <br><br> v. <br><br> RONALD H. JOHNSON, THOMAS P. TIFFANY, AND SCOTT L. FITZGERALD, <br><br> Defendants. | Case No. 2:22-cv-00305 <br><br> Hon. Lynn Adelman |

## ORDER

This matter is before the Court upon Plaintiffs' and Defendant Scott L. Fitzgerald's Stipulation to Extend Time. The Court being advised that Plaintiffs and Fitzgerald, by and through their respective counsel, stipulate and agree that Fitzgerald shall have until and including April 15, 2022, to answer or otherwise respond to Plaintiffs' Complaint, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the Stipulation to Extend Time is **GRANTED**;

**IT IS FURTHER ORDERED** that Defendant Scott L. Fitzgerald's deadline to answer or otherwise respond to the Complaint is extended to and including April 15, 2022;

**IT IS SO ORDERED.**

Dated: March 31, 2022

s/Lynn Adelman
Hon. Lynn Adelman
United States District Judge