UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF WISCONSIN
(MILWAUKEE DIVISION)

| | |
|---|---|
| NANCY A. STENCIL, DANIEL C. RUSSLER, LISA C. MUELLER, CHERYL L. MARANTO, GERARD D. LISI, JAMES B. KURTZ, MARGARET L. DEMUTH, PAUL DEMAIN, JAMES R. BOTTSFORD and RICHARD BECHEN, <br><br> Plaintiffs, <br><br> v. <br><br> RONALD H. JOHNSON, THOMAS P. TIFFANY, and SCOTT L. FITZGERALD, <br><br> Defendants. | Case No.: 22-cv-305-LA |

_____

### DEFENDANT RONALD H. JOHNSON'S MOTION TO DISMISS
_____

Defendant Ronald H. Johnson moves to dismiss Plaintiffs' complaint under Federal Rule Civil Procedure 12(b)(1) and (b)(6), and as supported by the attached memorandum. *First*, this Court lacks jurisdiction over Plaintiffs' declaratory-judgment action because they lack standing and because the U.S. Constitution grants Congress sole authority to decide challenges to Members' qualifications. *Second*, even if the Court has jurisdiction (it does not), Plaintiffs fail to state a claim upon which relief can be granted. Congress has removed the disabilities imposed by the Section 3 of the Fourteenth Amendment (Disqualification Clause), and Plaintiffs identify no protected personal "rights" to vindicate under the Declaratory Judgment Act. Senator Johnson respectfully requests that the Court dismiss Plaintiffs' complaint with prejudice.

Dated April 29, 2022

        *s/ Christopher O. Murray*
        Christopher O. Murray
        STATECRAFT PLLC
        1263 Washington Street
        Denver, CO 80203
        Phone: (602) 362-0034
        Email: chris@statecraftlaw.com

        Julian R. Ellis, Jr.
        BROWNSTEIN HYATT FARBER SCHRECK, LLP
        410 Seventeenth Street, Suite 2200
        Denver, Colorado 80202-4432
        Phone: (303) 223-1100
        Fax: (303) 223-1111
        Email: jellis@bhfs.com

        George Burnett
        LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.
        231 S. Adams Street
        Green Bay, WI 54305
        Phone: (920) 437-0476
        Fax: (920) 437-2868
        Email: gb@lcojlaw.com

        *Counsel for Senator Ronald H. Johnson*

## CERTIFICATE OF SERVICE

I certify that on April 29, 2022, I filed **Defendant's Ronald H. Johnson's Motion to Dismiss** via the CM/ECF system for the U.S. District Court for the District of Columbia, which will cause a copy to be served on all registered parties.

*s/ Christopher O. Murray*
Christopher O. Murray
