# UNITED STATES DISTRICT COURT
for the

Eastern District of Wisconsin

| Nancy A. Stencil, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-CV-305-LA |
| Ronald H. Johnson, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wisconsin Institute for Law & Liberty, Inc.

Date: 05/13/2022

s/ Anthony F. LoCoco
*Attorney's signature*

Anthony F. LoCoco, WI SBN: 1101773
*Printed name and bar number*

Wisconsin Institute for Law & Liberty, Inc.
330 E. Kilbourn Ave., Suite 725
Milwaukee, WI 53202
*Address*

alococo@will-law.org
*E-mail address*

(414) 727-9455
*Telephone number*

(414) 727-6385
*FAX number*