UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

NANCY A. STENCIL, et al.,

Plaintiffs,

v. Case No. 22-cv-00305-LA

RONALD H. JOHNSON, et al.,

Defendants.

---

**AMICUS CURIAE WISCONSIN INSTITUTE FOR LAW & LIBERTY, INC.'S CORPORATE DISCLOSURE STATEMENT**

---

The undersigned, counsel of record for Amicus Curiae Wisconsin Institute for Law & Liberty, Inc. furnishes the following list in compliance with Fed. R. Civ. P. 7.1:

1. The undersigned attorneys represent Wisconsin Institute for Law & Liberty, Inc., Amicus Curiae in this action.

2. Wisconsin Institute for Law & Liberty, Inc. does not have any parent corporations or publicly held corporations owning 10% or more of its stock.

3. The only law firm that will appear or is expected to appear for Wisconsin Institute for Law & Liberty, Inc. is the Wisconsin Institute for Law & Liberty, Inc.

Dated this 13th day of May, 2022.

Respectfully submitted,

/s/ Anthony F. LoCoco
Richard M. Esenberg, WI Bar No. 1005622
(414) 727-6367; rick@will-law.org
Anthony F. LoCoco, WI Bar No. 1101773
(414) 727-7419; alococo@will-law.org
WISCONSIN INSTITUTE FOR LAW & LIBERTY, INC.

330 E. Kilbourn Avenue, Suite 725
Milwaukee, WI  53202
(414) 727-9455; FAX: (414) 727-6385
*Attorneys for Amicus Curiae*