

Joseph S. Goode
Direct: (414) 312-7181
jgoode@llgmke.com

May 24, 2022

**<u>Via Electronic Filing</u>**

The Honorable Lynn S. Adelman
United States District Court for the Eastern
District of Wisconsin
Room 364
517 East Wisconsin Avenue
Milwaukee, WI 53202

      Re:   *Nancy A. Stencil, et al., v. Ronald H. Johnson, et al.*

Dear Judge Adelman:

      I write regarding the Reply of Wisconsin Institute for Law & Liberty, Inc. in Support of Motion to File Brief as Amicus Curiae in Support of Defendants Tiffany and Fitzgerald's Motion to Dismiss and Defendant Johnson's Motion to Dismiss [Dkt. 44] filed earlier today.  Civil L.R. 7(h)(2) provides that "[n]o reply brief is permitted absent leave of Court."  Obviously WILL knows how to seek such leave because that is the purpose of its original motion filed on May 13, 2022 [Dkt. 38].

      While Plaintiffs will not engage in further rejoinder on the propriety of WILL's proposed amicus curiae brief, we write to point out that WILL takes no position on the alternative relief sought in Plaintiffs' response last Friday [Dkt. 43], namely that, if the Court accepts WILL's amicus curiae brief for filing, that Plaintiffs have a right to file a brief in opposition to WILL's submission.  [Dkt. 44, p. 3 n. 1.]  While WILL's motion should be denied, if the Court is inclined to grant WILL leave to file its amicus brief, Plaintiffs respectfully request that the Court enter an order granting it the right to oppose the brief.  As stated in Plaintiffs' response to WILL's motion, Plaintiffs are prepared to file their opposition no later than **May 31, 2022**.

      Thank you for your consideration of this matter.

                      Very truly yours,

                      LAFFEY, LEITNER & GOODE, LLC

                      Joseph S. Goode

JSG/sa
Enclosure

cc:    All Counsel of Record (via ECF)