AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NANCY A. STENCIL, et al.,<br>    Plaintiffs | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NUMBER: 22-C-0305 |
| RONALD H. JOHNSON, et al.,<br>    Defendants | |

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the complaint and this action are dismissed without prejudice as not presenting a case of actual controversy within the court's jurisdiction that could be adjudicated under the Declaratory Judgment Act.

| | |
|---|---|
|     June 3, 2022 | Gina M. Colletti |
| Date | Clerk |
| | s/ K. Rafalski |
| | (By) Deputy Clerk |